UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Andres Albarran Maldonado
                      Plaintiff,

v.                                          Case No.: 1:25−cv−13411
                                          Honorable Thomas M. Durkin

Sam Olson, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 14, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: The petition for habeas relief [1] is granted. By 11/17/2025, Respondents shall make a filing stating who Petitioner's custodian is at the Clay County Jail in Brazil, Indiana, who will be added as a respondent. See *Trump v. J.G.G.,* 604 U.S. 670, 672 (2025); *Rumsfeld v. Padilla,* 542 U.S. 426, 442 (2004). Within five days, Respondents must either afford the Petitioner a bond hearing before an immigration judge or release him from custody under reasonable conditions of supervision. For the reasons explained by numerous other courts in this district, the Court hereby finds that: (1) 8 U.S.C. §§ 1252(a)(2)(B)(ii), 1252(b)(9), and 1252(g) do not deprive this Court of jurisdiction to review the petition; (2) § 1225(b)(2)'s mandatory detention provision does not apply to the Petitioner, but rather § 1226(a) applies and entitles him to a bond hearing before an immigration judge; and (3) administrative exhaustion would be futile. *See, e.g., Reyes Arizmendi v. Noem et al.,* No. 25 C 13041, 2025 WL 3089107 (N.D. Ill. Nov. 5, 2025) (Pallmeyer, J.); *Flores v. Olson et al.,* No. 25 C 12916, 2025 WL 3063540 (N.D. Ill. Nov. 3, 2025) (Gettleman, J.); *Cortes v. Olsen et al.,* No. 25 C 6293, 2025 WL 3063636 (N.D. Ill. Nov. 3, 2025) (Kennelly, J.); *Valencia v. Noem et al.,* No. 25−CV−12829, 2025 WL 3042520 (N.D. Ill. Oct. 31, 2025) (Rowland, J.); *Corona Diaz v. Olson et al.,* No. 25 C 12141, 2025 WL 3022170 (N.D. Ill. Oct. 29, 2025) (Shah, J.); *Patel v. Crowley,* No. 25 C 11180, 2025 WL 2996787 (N.D. Ill. Oct. 24, 2025) (Cummings, J.); *Miguel v. Noem et al.,* No. 25 C 11137, 2025 WL 2976480 (N.D. Ill. Oct. 21, 2025) (Alonso, J.); *H.G.V.U. v. Smith et al.,* No. 25−cv−10931, 2025 WL 2962610 (N.D. Ill. Oct. 20, 2025) (Coleman, J.); *Ochoa Ochoa v. Noem et al.,* No. 25−cv−10865, 2025 WL 2938779 (N.D. Ill. Oct. 16, 2025) (Jenkins, J.). The parties are directed to file a status report by 11/21/2025, stating whether the bond hearing was held and describing the status of the Petitioner's continued detention or release from custody. The 11/18/2025 in−person status hearing is stricken. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.